UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JESSICA JUDGE
    Petitioner,
v.                                            Case No. 5:22-cv-220/TKW/MAL

WARDEN PISTRO,
F.C.I. MARIANNA
    Respondent.
_____/

## **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 11). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Petitioner's failure to comply with court orders. Accordingly, it is ORDERED that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    The petition under 28 U.S.C. § 2241 (Doc. 1) is DISMISSED without prejudice.

    3.    Respondent's motion to dismiss (Doc. 8) is DENIED as moot.

    4.    The Clerk shall close the case file.

**DONE and ORDERED** this 13th day of March, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**